# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

      v.                                   Case: 3:02M262TPS

**Mr. Edward E. Holdrige**
140 Meridian Street
Groton, CT  06340

## MOTION TO DISMISS

The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above entitled matter be dismissed.

_____
William C. Kuebler, CT 25092
Special Assistant U.S. Attorney
District of Connecticut

SO ORDERED:


_____
The Honorable Thomas P. Smith
U.S. Magistrate Judge

United States District Court
FILED AT HARTFORD
1/25/05
Kevin F. Rowe, Clerk
By: _____

Hartford, Connecticut

Dated: 1/25/05