# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

       v.                                               Case: 3:02M262TPS

Mr. Edward E. Holdrige
140 Meridian Street
Groton, CT 06340

## MOTION TO DISMISS

    The United States Attorney, through the Special Assistant United States Attorney, respectfully requests that the complaint in the above entitled matter be dismissed.

                                        William C. Kuebler, CT 25092
                                        Special Assistant U.S. Attorney
                                        District of Connecticut

SO ORDERED:

_____
The Honorable Thomas P. Smith
U.S. Magistrate Judge

Hartford, Connecticut

Dated: 1/25/05